MONTGOMERY LIGHT & WATER POWER CO. v. MILLER. (Circuit Court of Appeals, Fifth Circuit. November 3, 1910.) No. 2,054. In Error to the Circuit Court of the United States for the Middle District of Alabama. Ray Rushton and W. M. Williams, for plaintiff in error. Wm. W. Hill, W. A. Gunter, and Gaston Gunter, for defendant in error. Before PARDEE and SHELBY, Circuit Judges, and TOULMIN, District Judge.

PER CURIAM. The evidence of plaintiff below tended to show that the installment of electric wires, including the hanging of the chandeliers, in the residence of J. E. Dowe, was by the authority of the Montgomery Light & Water Power Company, and that said company was primarily responsible for negligence in relation thereto. While there is some evidence tending to show that the electrician, Mosely, who actually did the work, was in such matters an independent contractor, the weight of the evidence is the other way as far as the Dowe installation was concerned. The peremptory charge to find for the defendant below was properly refused. Judgment affirmed.

---

SHELTON v. PRICE.† (Circuit Court of Appeals, Fifth Circuit. October 31, 1910.) No. 2,068. Appeal from the District Court of the United States for the Northern District of Alabama. Lawrence Cooper and Henry A. Bradshaw, for appellant. R. W. Walker and E. B. Almon, for appellee. Before PARDEE and SHELBY, Circuit Judges, and TOULMIN, District Judge.

PER CURIAM. A majority of the judges find that the evidence in this case supports the decree below. 174 Fed. 891. The decree is therefore affirmed.

---

STANDARD PAINT CO. v. BIRD et al. (Circuit Court of Appeals, Second Circuit. October 17, 1910.) No. 325. Appeal from the Circuit Court of the United States for the Southern District of New York. M. B. May and W. Quinby, for appellants. Kenyon & Kenyon (Alan D. Kenyon, of counsel), for appellee. Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. Decree affirmed, with costs, on the opinion of the Circuit Court.

† Rehearing denied December 13, 1910.